IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TAMMY L. HILL,                                        Civ. No. 07-6024-HO

        Plaintiff,                           JUDGMENT

   v.

Commissioner of Social Security,

        Defendant.

    This matter is remanded to the Commissioner for further proceedings before the administrative law judge.

    DATED this __12th__ day of December, 2007.

                                                 s/ Michael R. Hogan
                                          United States District Judge