Mark A. Manning, OSB# 00311
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
mmanning@hwbm.net
Of Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TAMMY L. HILL, | Civil No. 07-6024-HO |
| vs. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ORDER FOR PAYMENT OF ATTORNEY'S<br>FEES PURSUANT TO EAJA |
| Defendant. | |

After considering the stipulated Motion for entry of an order awarding plaintiff's attorney fees in the amount of $2,019.54, submitted by the parties herein, plaintiff's Motion for payment of attorney fees is hereby granted as full settlement of any and all claims for attorney fees under EAJA.

Attorney fees in the sum of $2,019.54 are awarded to plaintiff, payable to plaintiff's attorney, Mark Manning of Harder, Wells, Baron & Manning, P.C. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this 3rd day of March, 2008.

_____
U.S. District Judge

PRESENTED BY:

By: s/ Mark A. Manning
Mark A. Manning, OSB#00311
Harder, Wells, Baron & Manning, P.C.

1 - ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA

Of Attorneys for Plaintiff

2 - ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA